IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


GARY C. QUILLING,

                    Plaintiff,

v.                                                              4:10cv404-WS

MARTHA HUMPHRIES,
Warden, et al.,

                    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

        Before the court is the magistrate judge's report and recommendation docketed

May 11, 2011.  See Doc. 26.  The magistrate judge recommends that the plaintiff's

second amended complaint be dismissed as to Jerald Abdul-Wasi, Ricky Cloud, S. Y.

Roberts, Sr., Martha Humphries, and P. E. Crawford.  The plaintiff has filed objections

(doc. 27) to the report and recommendation.

        Having considered the record in light of the plaintiff's objections, the court finds

that the magistrate judge's report and recommendation should be adopted.

        Accordingly, it is ORDERED:

        1.  The magistrate judge's report and recommendation (doc. 26) is hereby

ADOPTED and incorporated by reference into this order.

2.  The plaintiff's second amended complaint (doc. 25) is DISMISSED as to Jerald Abdul-Wasi, Ricky Cloud, S. Y. Roberts, Sr., Martha Humphries, and P. E. Crawford.

3.  The plaintiff shall file a third amended complaint that omits the dismissed parties and claims against them, provides factual allegations to support each claim against the remaining defendants, provides the relevant date for each alleged event, and provides appropriate addresses for David W. Clark, Captain Pickles, Jeffrey Hasty, and Robert Hall.

4.  The case shall be REMANDED to the magistrate judge for further proceedings.

DONE AND ORDERED this ___5th___ day of ____July____, 2011.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE