IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY C. QUILLING,

    Plaintiff,

v.                                                                                 4:10cv404-WS

DAVID W. CLARK, Inspector,
 et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 92) docketed April 23, 2012. The magistrate judge recommends that the defendants' motion to dismiss be denied. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 92) is hereby ADOPTED and incorporated by reference in this order.

2. The defendants' motion to dismiss (doc. 89) is DENIED.

3. The clerk shall remand the case to the magistrate judge for further proceedings.

DONE AND ORDERED this __22nd__ day of ____May____, 2012.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE