IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GARY C. QUILLING,

    Plaintiff,

v.                                                          4:10cv404-WS/CAS

DAVID W. CLARK, Inspector,
et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## THIRD REPORT AND RECOMMENDATION

Before the court is the magistrate judge's third report and recommendation (doc. 98) docketed May 23, 2012.  The magistrate judge recommends that the defendants, Pickles and Hall, be dismissed from the action.  The plaintiff has filed objections (doc. 101) to the report and recommendation.

Upon review of the record in light of the plaintiff's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 98) is adopted and incorporated by reference in this order of the court.

2.  The defendants, Hall and Pickles, are DISMISSED without prejudice.

DONE AND ORDERED this <u>  25th  </u> day of <u>     June     </u>, 2012.


<pre>
                              s/ William Stafford                         
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE
</pre>