IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GARY C. QUILLING,**

    Plaintiff,

vs.                                        Case No. 4:10cv404-WS/CAS

**DAVID W. CLARK, Inspector,
JOSE COLON, Captain,
and JEFFREY HASTY, Sergeant,**

    Defendants.

_____/

## O R D E R

After service of the pro se Plaintiff's third amended complaint, doc. 38, with considerable effort to complete service, *see* docs. 39, 43, 47, 55, 61, 62, 66, 69, 86, and 93, two Defendants (Pickles and Hall) were dismissed from this case because service could not be completed. Docs. 98, 102. Thereafter, a case management and initial scheduling order was entered on June 5, 2012, doc. 100, and the discovery period was extended several times to provide sufficient opportunity to complete discovery. *See* docs. 115, 117, 118, 120, 122, 125, and 128.

Two separate deadlines have passed with none of the parties having filed potentially dispositive motions. *See* docs. 118, 122, and 128. Settlement discussions

between the parties have not been productive.  *See* docs. 126, 130.  This case should now be referred to Senior District Judge William Stafford to schedule the trial of this matter.

Accordingly, it is **ORDERED** that this case be referred to District Judge Stafford to schedule the trial of this case.

**DONE AND ORDERED** on March 4, 2013.

S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**